No. 02–10462. MASADA v. HAMMOND ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10469. THOMPSON v. GUILFOYLE ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–10470. THOMPSON v. GUILFOYLE ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–10476. DELGADO v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–10477. CATE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10482. MUNSON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–10486. THOMAS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–10487. SINGH v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–10488. REYES v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10490. EDWARDS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10493. CRUZ v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 02–10494. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10495. COLLINS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–10499. McBURROWS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.